■ CLAUDIA S. JOHNSON, Respondent, v LARRY C. JOHNSON, Appellant. (Appeal No. 1.) [971 NYS2d 719]—Appeal from an order of the Supreme Court, Erie County (John F. O'Donnell, J.), entered December 7, 2011. The order, among other things, found defendant to be in contempt of court for his willful failure to pay his child support obligation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Johnson v Johnson* (109 AD3d 1164 [2013]). Present—Scudder, P.J., Centra, Lindley and Whalen, JJ.